**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **JEROME J. GEHANT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:2020CV00381 |
| ) | |
| **AIR & LIQUID SYSTEMS** ) | |
| **CORP.**, Successor by Merger to ) | |
| **BUFFALO PUMPS, INC.**, *et al,* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Plaintiff, Jerome J. Gehant, and defendant, **ViacomCBS Inc**. f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("ViacomCBS")(sued herein as "CBS Corporation"), by their respective counsel, represent to the Court that all matters in controversy between Plaintiff and ViacomCBS have been compromised and settled, and they accordingly stipulate that this action be dismissed without prejudice as against ViacomCBS only, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees incurred in this matter. This action shall continue against all other defendants not named herein.

*Rule 41 Stipulation of Dismissal ViacomCBS*

Respectfully submitted,

| **JEROME J. GEHANT** | **VIACOMCBS, INC.** |
|---|---|
| __/s/ Nathan D. Finch__ | __/s/ Henry N. Ware, Jr.__ |
| Nathan D. Finch, Esq. (VSB #34290) | Henry N. Ware, Jr. (VSB #22832) |
| Email: nfinch@motleyrice.com | Email: hnware@spottsfain.com |
| Motley Rice, LLC | Patricia Bugg Turner (VSB #72775) |
| 401 9th Street, NW, Suite 1001 | Email: pturner@spottsfain.com |
| Washington, DC 20004 | Kasey L. Hoare (VSB #92289) |
| Phone: (202) 232-5504 | Email: khoare@spottsfain.com |
| Fax (202) 232-5513 | Spotts Fain PC |
| | 411 East Franklin Street, Suite 600 |
| | P.O. Box 1555 |
| | Richmond, Virginia 23218 |
| | (804) 697-2000 (Telephone) |
| | (804) 697-2100 (Facsimile) |

## CERTIFICATE OF SERVICE

I, hereby certify that on the __12__ day of __August__ 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

*by* __/s/ Nathan D. Finch__
Nathan D. Finch, Esq. (VSB #34290)
Email: nfinch@motleyrice.com
Motley Rice, LLC
401 9th Street, NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax (202) 232-5513
*Counsel for Plaintiff Jerome J. Gehant*