IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JEROME J. GEHANT,                     )
     Plaintiff,                       )
                                      )
     v.                               )     Civil Action No.  2:20cv381 (RCY)
                                      )
CRANE CO., *et al.*,                  )
     Defendants.                      )
_____)

**ORDER**

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (ECF No. 48) filed by Plaintiff Jerome J. Gehant and Defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.  The Stipulation of Dismissal was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It appearing to the Court that all matters of controversy against this Defendant have been settled, it is hereby ORDERED that the action as to Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc., is DISMISSED WITH PREJUDICE.  This matter shall proceed against all other Defendants.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: July 8, 2021